UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ANDREE RENEE JACQUES, ET AL | CIVIL ACTION NO. 1:21-CV-00315 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| BAKER HUGHES, A GE COMPANY, ET AL | MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 91], noting the absence of objections thereto, and having determined that the Magistrate Judge's findings and recommendations are correct under the applicable law, this Court adopts the findings and conclusions therein as its own. Accordingly,

IT IS HEREBY ORDERED that Stantec's Rule 12(b)(6) MOTION TO DISMISS [Doc. 65] and GHD's Rule 12(b)(6) MOTION TO DISMISS [Doc. 75] are GRANTED, and that Plaintiffs' claims against Stantec and GHD are DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in Chambers, this 4th day of October 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE